**DISMISS and Opinion Filed September 24, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01241-CR

### OSMAN ROBERTO MARTINEZCARDONA, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F23-23954**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellant's motion to dismiss the appeal. The motion is signed by appellant. *See* TEX. R. APP. P. 42.2(a). We **GRANT** the motion and dismiss the appeal.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

231241F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

OSMAN ROBERTO
MARTINEZCARDONA, Appellant

No. 05-23-01241-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F23-23954.
Opinion delivered by Justice
Kennedy. Justices Molberg and
Breedlove participating.

Based on the Court's opinion of this date, appellant's motion for voluntary dismissal of appeal is **GRANTED** and the appeal is **DISMISSED**.

Judgment entered September 24, 2024